IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC WITHERSPOON, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 04-1424-JJF |
| LOIS RUSSO, Superintendent/Warden, and M. JANE BRADY, Attorney General for the State of Delaware, | : |
| Respondents. | : |

ORDER

This __18__ day of __March__, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before April 22, 2005.

_____
United States District Judge