IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIC WITHERSPOON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1424-JJF |
| | : | |
| LOIS RUSSO, | : | |
| Superintendent/Warden, and | | |
| M. JANE BRADY, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

ORDER

This ___ day of April, 2005,

WHEREAS, respondents having requested an extension of time in which to file certified portions of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents shall file certified portions of the state court records on or before May 6, 2005.

_____
United States District Judge