IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ERIC WITHERSPOON**, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1424-JJF |
| | : | |
| **LOIS RUSSO**, Superintendent/Warden, and **M. JANE BRADY**, Attorney General for the State of Delaware, | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondent files herewith certified copies of the following Delaware Supreme Court documents in *Eric Witherspoon v. State of Delaware*, No. 460, 1999:[1]

    a. appellant's opening brief and appendix;

    b. State's answering brief for appellee/cross appellant and appendix;

    c. appellant's reply brief and answering brief on cross-appeal;

    d. State's reply brief for appellee/cross-appellant;

    e. and the Court's orders dated February 14, 2001 and May 22, 2001.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: May 6, 2005

---

[1] The State plans to file within two weeks the certified records regarding the post-conviction appeal, *Eric Witherspoon v. State*, No. 113, 2003. The clerk of the court in Dover had not retrieved the file, and thus prosecutors must reschedule an appointment to copy and have certified the records in that case.

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on May 6, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on May 6, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

> Eric Witherspoon (No. 888967)
> Souza Baranowski Corr. Ctr.
> Post Office Box 8000
> Shirley, MA 01464.

/s/_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: May 6, 2005