IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ERIC WITHERSPOON**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1424-JJF |
| | : | |
| **LOIS RUSSO**, | : | |
| Superintendent/Warden, and | : | |
| **M. JANE BRADY**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**SUPPLEMENTAL NOTICE OF FILING**
**OF STATE COURT RECORDS**

1.  Respondent files herewith certified copies of the following Delaware Supreme Court documents in *Eric Witherspoon v. State of Delaware*, No. 113, 2003:

    a.  appellant's letter dated March 13, 2003 to the Senior Court Clerk;

    b.  appellant's letter dated May 15, 2003 to Chief Justice Veasey;

    c.  the Senior Court Clerk's letter dated May 21, 2003 to appellant;

    d.  appellant's letter dated May 30, 2003 to Chief Justice Veasey;

    e.  the Senior Court Clerk's letter dated June 6, 2003 to appellant;

    f.  the Notice to show cause issued July 25, 2003;

    g.  appellant's letter dated August 7, 2003 to Assistant Clerk;

    h.  the Court's order dated October 1, 2003.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: May 17, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on May 17, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on May 17, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    Eric Witherspoon (No. 888967)
    Souza Baranowski Corr. Ctr.
    Post Office Box 8000
    Shirley, MA 01464.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date:  May 17, 2005