```
                                        Eric Witherspoon
                                        Souza Baranowski Corr. Cntr
                                        P.O. Box 8000
                                        Shirley, MA 01464
                                        May 12, 2005
```



Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, LockBox 18
Wilmington, Delaware 19801

RE: Eric Witherspoon V. State of Delaware et al
    NO. 04-1424-JJF

Dear Clerk:

   Please find enclosed for filing Petitioners motion for an extension of time to file reply to respondents answer and certificate of service.

   I thank you for your time and attention to this matter.

Thank You.                              Sincerely,

                                        [signature: Eric Witherspoon]