IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC WITHERSPOON )
PETITIONER, )
)
)
VS. ) Civ. Act. No. 04-1424-JJF
)
)
LOIS RUSSO, )
SUPERINTENDENT, AND )
M. JANE BRADY, )
ATTORNEY GENERAL for the STATE )
of DELAWARE, )
RESPONDENTS. )

FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR EXTENSION OF TIME TO FILE
REPLY TO RESPONDENTS ANSWER TO PETITION

Now comes the Petitioner, Eric Witherspoon, Pro Se, moves this Honorable Court for Leave for an Extension of time to reply to the Respondents answer to Petitioners Petition.

1. Petitioner is a Pro Se, prisoner house in the Commonwealth of Massachusetts without the assistance of Counsel and very little law library time.

2. Petitioner is not trained in law and the extra time requested would give the Petitioner the ability to litigate and argue his claims effectively.

3. Petitioner submit that an extension of time to and including June 30, 2005 in which to file a reply to Respondents answer to the Petitioners Petition.

Respectfully Submitted,
By the Petitioner

*[signature]*

Eric Witherspoon, pro se
Souza Baranowski Corr. Cntr
Post Office Box 8000
Shirley, MA 01464

Dated: 5-12-05

CERTIFICATE OF SERVICE

I, ERIC WITHERSPOON, HEREBY CERTIFY THAT ON MAY 12, 2005 I, FILED THE ATTACHED DOCUMENT (MOTION FOR EXTENSION OF TIME TO FILE REPLY) WITH THE CLERK OF COURT BY REGULAR MAIL. I, HEREBY CERTIFY THAT ON MAY 12, 2005 I HAVE ALSO CAUSED TO BE MAILED BY REGULAR MAIL ONE COPY OF THE DOCUMENT TO THE FOLLOWING THOMAS E. BROWN AT HIS PLACE OF EMPLOYMENT.

THOMAS E. BROWN
820 N. FRENCH ST.
WILIMINGTON, DELAWARE 19801

MAY 12, 2005                         ERIC WITHERSPOON
                                     SOUZA BARANOWSKI CORR. CNTR
                                     POST OFFICE BOX 8000
                                     SHIRLEY, MA 01464

*[signature]*





Peter T. Dalleo
Clerk's Office
delaware District Court
844 King Street, LockBox 18
wilmington, Delaware 19801

Eric Witherspoon
P.O. Box 8000
Shirley, MA 01464