IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC WITHERSPOON     )
PETITIONER,       )
            )
            )
VS.          ) Civ. Act. No. 04-1424-JJF
            )
            )
LOIS RUSSO,       )
SUPERINTENDENT, AND   )
M. JANE BRADY,     )
ATTORNEY GENERAL for the STATE )
of DELAWARE,      )
RESPONDENTS.      )

FILED

JUN 27 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO APPOINT COUNSEL

Now comes the Petitioner, Eric Witherspoon, request that this Honorable Court to appoint Counsel to assist him in the above matter. Reasons therefore:

1. Petitioner is a indigent prisoner thats currently being housed in a prison within the Commonwealth of Massachusetts.

2. Petitioner is without counsel or a person trained in law.

3. In the Respondents answer they make reference to certain State Court Rules that Petitioner cant oppose or challenge because Petitioner is without the rules of Court pertaining to the State of Delaware.

4. Petitioner is also without Delaware State Court Published opinions.

Respectfully Submitted
By the Petitioner

Eric Witherspoon, Pro Se
Souza Baranowski Corr Cntr.
Post Office Box 8000
Shirley, MA 01464

Dated: JUNE 23, 2005


CERTIFICATE OF SERVICE


I, HEREBY CERTIFY THAT ON JUNE 23, 2005 I FILED THE
ABOVE DOCUMENT (MOTION FOR THE APPOINTMENT OF COUNSEL)
WITH THE CLERK OF COURT BY REGULAR MAIL. I, ALSO
CERTIFY THAT ON THE SAME DAY I HAVE CAUSED THE SAME
TO BE FORWARDED TO THOMAS E. BROWN.


THOMAS E. BROWN
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801
JUNE 23, 2005


ERIC WITHERSPOON
SOUZA BARANOWSKI
POST OFFICE BOX 8000
SHIRLEY, MA 01464

Eric Witherspoon W-63259
P.O. Box 8000
Shirley, MA 01464

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 19
Wilmington, Delaware

X-RAY
X-RAY