Eric Witherspoon
Souza Baranowski Corr. Cntr
P.O. Box 8000
Shirley, MA 01464
June 23, 2005

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801



RE: Eric Witherspoon v. State of Delaware et al
    NO. 04-1424-JJF


Dear Clerk:

    Please find enclosed for filing:

(1) Petitioners Reply to Respondents answer to his Writ For

Habeas Corpus; and

(2) Petitioners motion for the Appointment of Counsel along with

affidavit.

    I thank you for your time and attention to this matter.


Thank You.                          Sincerely,