June 28, 2005

Delaware District COurt
844 King St., Lockbox 18
Wilmington, DE 19801

Re:  Withersponn v. Russo, et al.,
     Civ. No. 04-1424-JJF

Dear Clerk:

FILED
JUL - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Enclosed for filing please find the Response of Petitioner along with a certificate of service, including an Affidavit from Dwayne M. Cruthird.

Thank you for your time and attention to this matter.

Sincerely,

Eric Witherspoon, pro se
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

Encl.

cc:  Thomas E. Brown, DAG