IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC WITHERSPOON,
    PETITIONER,

V.                                              CIV. NO. 04-1424-JJF

LOIS RUSSO,
SUPT. AND
M. JANE BRADY
ATTY GEN. FOR DELAWARE.
    RESPONDENTS.



MOTION TO WITHDRAW PETITIONER'S RESPONSE

Now comes Petitioner, Eric Witherspon, pro se, moves this Honorable Court to withdraw Petitioner's Response to Respondents' Answer, filed on June 23, 2005.

As reasons thereof, this Court is unable to entertain two responses filed by the Petitioner and there was a response filed on the behalf of the Petitioner on June 28, 2005, which should be entertained by this Court.

Wherefore, this motion should be granted.

Respectfully submitted,

ERIC WITHERSPOON, pro se
SBCC
Post Office Box 8000
Shirley, Ma 10464

Date: July 03, 2005

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing motion to be served upon the Respondents Counsel, on this 3 day of July, 2005.



Peter T. Dalleo
Clerk's Office
United States District Court
For The District of Delaware
844 King Street, LockBox 18
Wilmington, Delaware 19801

Eric Witherspoon W-63259
P.O. Box 8000
Shirley, MA 01464