IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC WITHERSPOON,
    PETITIONER,

V.                                  CIV. NO. 04-1424-JJF

LOIS RUSSO,
SUPT. AND
M. JANE BRADY
ATTY GEN. FOR DELAWARE.
    RESPONDENTS.



FILED
JUL -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AFFIDAVIT OF ERIC WITHERSPOON

I, hereby swear as follows:

    1.  While being confined in The Commonwealth of Massachusetts, I met Dwayne M. Cruthird, who is a "jail house" lawyer.

    2.  I made Dwayne M. Cruthird aware of my situation and requested that he assist me, which he agreed to do.

    3.  I authorized Dwayne M. Cruthird to respond to the Respondents Answer, which he did on or about June 28, 2005.

    Signed under the pains and penalties of perjury.

Sincerely,

*Eric Witherspoon* (signature)

Eric Witherspoon
SBCC
Post Office Box 8000
Shirley, Ma 01464

Date: JULY 03, 2005



Eric Witherspoon W-63259
P.O. Box 8000
Shirley, MA 01464

Peter T. Dalleo
Clerk's Office
United States District Court
For The District of Delaware
844 King Street, LockBox 18
Wilmington, Delaware 19801