July 3, 2005

Peter T. Dalleo
Clerks' Office
United States District Court
For The District of Delaware
844 King Street, Lock Box 18
Wilmington, Delaware 19801

RE: Witherspoon v. Russo, et al.
    No. 04-1424-JJF

Dear Clerk,

Enclosed for filing please find:

* Motion to Withdraw Petitioner's Response

* Certificate of Service

* Affidavit of Eric Witherspoon

I apologize for any confusion I may have caused, and I thank you for your time and attention to this matter.

Sincerely,

Eric Witherspoon
SBCC
Post Box 8000
Shirley, Ma 01464

*[signature]*

Eric Witherspoon W-63259
P.O. Box 8000
Shirley, MA 01464

Peter T. Dalleo
Clerk's Office
United States District Court
For The District of Delaware
844 King Street, LockBox 18
Wilmington, Delaware 19801