IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERIC WITHERSPOON,                :
                                 :
        Petitioner,              :
                                 :
v.                               :    Civil Action No. 04-1424-JJF
                                 :
LOIS RUSSO,                      :
Superintendent/Warden,           :
and M. JANE                      :
BRADY, Attorney General          :
for the State of                 :
Delaware,                        :
                                 :
        Respondents.             :

# ORDER

At Wilmington this 29 day of July, 2005;

IT IS ORDERED that:

Petitioner Eric Witherspoon's Motion To Withdraw Petitioner's Response to Respondent's Answer Dated On June 23, 2005 is GRANTED. (D.I. 23.) Accordingly, the Court will consider Petitioner's Response dated June 28, 2005, (D.I. 22.), not Petitioner's Response dated June 23, 2005. (D.I. 21.)

_____
UNITED STATES DISTRICT JUDGE