IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC WITHERSPOON, | : |
| Petitioner, | : |
| v. | : Civil Action No. 04-1424-JJF |
| LOIS RUSSO, Superintendent/Warden, and M. JANE BRADY, Attorney General for the State of Delaware, | : |
| Respondents. | : |

**O R D E R**

At Wilmington this 29 day of July, 2005;

IT IS ORDERED that:

Petitioner Eric Witherspoon's Motion To Withdraw Petitioner's Response to Respondent's Answer Dated On June 23, 2005 is GRANTED. (D.I. 23.) Accordingly, the Court will consider Petitioner's Response dated June 28, 2005, (D.I. 22.), not Petitioner's Response dated June 23, 2005. (D.I. 21.)

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE