OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 10, 2005

TO: **Eric Witherspoon**
SBI# 888967
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

*RE: Response to Letter dated 8/1/05*

Dear Mr. Witherspoon:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr., CA 04-1424 JJF
enc. Docket Sheet

COPY

Eric Witherspoon W-63259
Souza Baranowski Corr. Cntr
P.O. Box 8000
Shirley, MA 01464
August 01, 2005

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801

RE: Eric Witherspoon v. State Of Delaware et al
    NO. 04-1424-JJF

Dear Mr. Dalleo:

FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Could you please forward to me the following:   BO Scanned

1.   One copy of the above referenced Docket Entry Sheet.

Thank You.

Sincerely,

Eric Witherspoon

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01424-JJF
### Internal Use Only

Witherspoon v. State of Delaware, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/08/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Eric Witherspoon**　　　　　represented by **Eric Witherspoon**
SBI# 888967
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464
PRO SE

V.

**Respondent**

**State of Delaware**　　　　　represented by **Thomas E. Brown**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: thomase.brown@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**State Of Delaware Attorney General of the State of Delaware**　　　　　represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Warden Lois Russo**　　　　　represented by **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2004 | 1 | PETITION for writ of habeas corpus; FILING FEE $ 5.00 RECEIPT # 137175 (els) (Entered: 11/09/2004) |