IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC WITHERSPOON, | : |
|     Petitioner, | : |
| v. | :   Civil Action No. 04-1424-JJF |
| LOIS RUSSO, Superintendent/Warden, and M. JANE BRADY, Attorney General of the State of Delaware, | : |
|     Respondents. | : |

**O R D E R**

At Wilmington, this __6__ day of December, 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Eric Witherspoon's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1; D.I. 6) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. Petitioner's Motion for an Extension of Time to File a Reply (D.I. 18) is **DENIED** as moot.

3. Petitioner's Motion for Appointment of Counsel (D.I. 20) is **DENIED** as moot.

4. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                                           _/s/ Joseph J. Farnan, Jr._
                                                                   UNITED STATES DISTRICT JUDGE