UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC WITHERSPOON,
    PETITIONER,

v.                                      CIVIL ACTION No. 04-1424-JJF

LOIS RUSSO,
Superintendent/Warden,
and M. JANE BRADY,
Attorney General of the
State of Delaware,
    Respondents.



FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR AN EXTENSION OF TIME

    Now comes Petitioner, (Witherspoon), moves this Honorable Court pursuant to Fed.R.Civ.P. Rule 4(a)(5) and all other rules and/or authorities for an Extension of Time within which to file a notice of appeal.

    As reasons thereof, Witherspoon attests that on or about November 26, 2005 he was transported to solitary confinement, where he remained until, on or about December 12, 2005 devoid significant access to relevant legal material and personal property (i.e. personal typewriter, typing paper, stamps, envelopes and relevant documents pertaining to this litigation). Witherspoon further attests that on or about December 12, 2005 he was transported to an auxiliary confinement unit where he still lacks substantive personal property. Although Witherspoon is afforded access to the law library while he is housed in the auxiliary confinement unit, he is limited to approximately one hour a week. During this one hour law library period, Witherspoon is unable to obtain legal supplies (i.e. typing paper, envelopes and photocopies). Hence, Witherspoon is incapable of effectively filing a notice of appeal and therefore request an additional 30 day period which would allow him enough time to return to general population and prepare the necessary documents

for filing.

    Wherefore, the reasons set forth above, this motion should be ALLOWED.

Respectfully submitted
by, *Eric Witherspoon*

Eric Witherspoon, pro se
SBCC
Post Office Box 8000
Shirley, Ma 01464

Dated:



CENTRAL MA 015
20 DEC 2005 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

J.S.M.S. LEGAL MAIL X-RAY

c/o Eric Witherspoon
SBCC
P.O. Box 8000
Shirley, Ma 01464