January 6, 2006

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801

RE: Witherspoon v. State of Delaware/
    Notice of Appeal for Certificate of
    Appealability

Dear Clerk,

Would you please attached the enclosure as the final page of the notice of appeal for certificate of appealability filed via placing said motion in the institutional mailbox on January 5, 2006 while being addressed to this office. In my haste I forgot to sign my signature.

I am seeking to appeal the matter contained on the docket number 04-1424-JJF. I apologize for any inconvenience I may have cause you.

Thank you for your time and attention to this matter.

Sincerely,

*Eric Witherspoon*

Eric Witherspoon, pro se
SBCC
Post Office Box 8000
Shirley, Ma 01464

FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



CENTRAL MA 01
09 JAN 2006 PM 3

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801

Eric Witherspoon W-63259
P.O. Box 1000
Shirley, MA 01464