Respectfully submitted
by,

*[signature: Eric Witherspoon]*

Eric Witherspoon, pro se
SBCC
Post Office Box 8000
Shirley, Ma 01464

post-dated: January 4, 2006