Eric Witherspoon W-63259
Souza-Baranowski C-C
P.O. Box 8000
Shirley, MA 01464
January 4, 2006

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801

RE: Eric Witherspoon v. State of Delaware et al
    NO. 04-1424-JJF

Dear Clerk:

Please find enclosed for filing:

(1) Petitioners notice of appeal for certificate of appealability

(2) Petitioners motion for the appointment of counsel

(3) Affidavit of Eric Witherspoon.

I thank you for your time and attention to this matter. Thank You.

Sincerely,

*[signature: Eric Witherspoon]*