January 24, 2006

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilimington, Delaware 19801

RE: Witherspoon v. State of Delaware/
    Notice of Appeal for Certificate of
    Appealibility

04-1424 (JJF)

Dear Clerk:

    On January 5, 2006 I forwarded to this court Petitioners Notice of Appeal for Certificate of Appealibility for filing.

    Could you please forward to me a notice on when the motion was received and filed with this Court.

    Thank you for your time and attention concerning this matter.

    I await your reply.

Sincerely,

*Eric Witherspoon*

Eric Witherspoon, Pro Se
SBCC
P.O. Box 8000
Shirley, Ma 01464

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Eric Witherspoon W-63259
P.O. Box 8000
Shirley, Ma 01464

CENTRAL MA 015
26 JAN 2006 PM

JAN 25'06 SHIRLEY

0.39



U.S.M.S.
X-RAY

Peter T. Dalleo
Clerk's Office
Delaware District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801