OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 10, 2006

TO:  Eric Witherspoon
     SBI# 888967
     S.B.C.C.
     P.O. Box 8000
     Shirley, MA 01464

*RE:  Status Letter; 04-1424(JJF)*

Dear Mr. Witherspoon:

This office received a letter requesting notice of receipt of your appeal. Enclosed please find a courtesy docket sheet for your records that indicates your notice of appeal was received and docketed on January 12th, 2006.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet