CPS-237                                                                                               May 25, 2006
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **06-1212**

ERIC WITHERSPOON, Appellant,

　　v.

STATE OF DELAWARE, et al.,

　　　　(D. Del. Civ. No. 04-cv-01424)


Present:　　BARRY, SMITH AND NYGAARD, <u>CIRCUIT JUDGES</u>

　　　　Submitted are:

　　(1)　Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and
　　(2)　Appellant's motions (2) for appointment of counsel

　　　　in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　Clerk

MMW/DPW/clc

_____ORDER_____

The foregoing request for a certificate of appealability is denied. Jurists of reason could not debate that the District Court properly denied Appellant's 28 U.S.C. § 2254 habeas petition as untimely filed. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Appellant has not made a showing sufficient to warrant equitable tolling. See <u>Pace v. DiGuglielmo</u>, 125 S. Ct. 1807 (2005). Appellant's motions for the appointment of counsel are denied.

　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　 /s/ D. Brooks Smith
　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: June 14, 2006
CLC\cc: Mr. Eric Witherspoon　　　　　　Thomas E. Brown, Esq.

A True Copy:

Marcia M. Waldron, Clerk