| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | **OFFICE OF THE CLERK**<br>**UNITED STATES COURT OF APPEALS**<br>**FOR THE THIRD CIRCUIT**<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790<br>www.ca3.uscourts.gov | Telephone<br>215-597-2995 |

___Delaware___ Clerk of District Court          Date __6/14/06__
(District)

<u>Witherspoon v. State of Delaware</u>          C. of A. No. __06-1212__
(Caption)

___Eric Witherspoon___
(Appellant)

___04-cv-001424  JJF___
(D.C. No.)

[Stamp: FILED 2006 JUN 15 PM 3:00 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

Enclosures:

__6/14/06__ Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

\*___X___   **Record (Documents 1-8 & 15)**

\*_____   Supplemental Record (First) (Second) (Third) (Fourth)

\*_____   Exhibits

\*_____   State Court Record

___X___   **Copy of this form to acknowledge receipt and return to C. of A.**

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____ is recalled.

                                        ___Charlene Crisden___
                                        (267)-299-__4923__
                                        Telephone Number

(267)-299-_____

\* *Amanda Bell*
6/13/06
Record Processor

Telephone Number
Receipt Acknowledge:

*EStruckla*

(Name)
6/15/06
(Date)

Rev. 3/13/00
Appeals (Record)